CHRISTOPHER J. CHRISTIE
United States Attorney

SUSAN STEELE
Assistant U.S. Attorney

RICHARD G. JACOBUS (RGJ 4791)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
(202) 616-0553
Counsel for the United States

RECEIVED
WILLIAM T. WALSH, CLERK

2003 MAY 13 P 3: 56

UNITED STATES
DISTRICT COURT

FILED

MAY 13 2003

AT 8:30
WILLIAM T. WALSH — M
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(AT NEWARK)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Civ. No. 02-03082 (WGB) |
| | ) | |
| G-I HOLDINGS INC., et al., | ) | |
| | ) | Bankr. Case Nos. 01-30135 (RG) |
| | ) | and 01-38790 (RG) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### ORDER GRANTING UNITED STATES' MOTION FOR MANDATORY WITHDRAWAL OF REFERENCE OF DEBTORS' OBJECTION TO INTERNAL REVENUE SERVICE CLAIMS

THIS MATTER CAME upon the motion of the United States of America for mandatory withdrawal of the reference of the above-captioned cases to the U.S. Bankruptcy Court for the District of New Jersey, pursuant to 28 U.S.C. § 157(d), with respect to the objection of the Debtors, G-I Holdings Inc. and ACI Inc., filed May 7, 2002, to the claims of the Internal Revenue

Service in this matter, and the response of the Debtors thereto; and the Court having considered the arguments of counsel and being sufficiently advised, IT IS HEREBY ORDERED as follows:

1. The United States' motion to withdraw the reference is hereby GRANTED; and

2. Pursuant to 28 U.S.C. § 157(d), the reference of the Debtors' Objection filed May 7, 2002 to the Bankruptcy Court is hereby WITHDRAWN, and this Court shall henceforth exercise jurisdiction over this matter.

The Clerk shall forward copies of this Order to all counsel of record.

ENTERED this __13th__ day of May, 2003 at Newark, New Jersey.

_____
HON. WILLIAM G. BASSLER
UNITED STATES DISTRICT JUDGE