UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>G-I HOLDINGS INC., et al.,<br><br>　　　　Debtors. | Civil Action No. 02-3082 (SRC) |
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G-I HOLDINGS INC., et al.,<br><br>　　　　Defendants. | Bankr. Case Nos.<br>01-30135 (RG)<br>01-38790 (RG)<br>(Jointly Administered)<br><br>**ORDER OF JUDGMENT** |

**CHESLER**, **District Judge**

This Court having conducted a bench trial and having stated its findings of fact and conclusions of law in the accompanying Opinion, pursuant to Federal Rule of Civil Procedure 52(a), and good cause appearing,

**IT IS** on this 14th day of December, 2009

**ORDERED** that Debtors' Objection to the Government's proof of claim concerning the 1990 Transactions is hereby **SUSTAINED**; and it is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 58, Judgment on Debtors' Objection to the Government's proof of claim concerning the 1990 Transactions is entered in favor of Defendants.

　　　　　　　　　　　　　　　　　　　　s/ Stanley R. Chesler
　　　　　　　　　　　　　　　　　　　　STANLEY R. CHESLER, U.S.D.J.