UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>G-I HOLDINGS INC., et al.,<br><br>Debtors. | ) Civ. No. 2:02cv03082 (SRC)<br>)<br>) Chap. 11 Nos. 01-30135 (RG) and<br>) 01-38790 (RG) (Jointly Administered)<br>)<br>) Honorable Stanley R. Chesler, U.S. D.J.<br>)<br>) Hon. Michael A. Shipp, U.S.M.J. |

### ORDER STAYING PROCEEDINGS

The parties having conferred and having requested a 60-day stay, IT IS HEREBY:

ORDERED that all proceedings in the above-captioned matter are stayed until February 15, 2011, and it is

FURTHER ORDERED that the parties shall file a status report on February 15, 2011.

SO ORDERED this 15 day of ____, 2010.

HON. STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

4097553.1